UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PROTEX INTERNATIONAL CORP., a New York
corporation,

                    Plaintiff,

                                                                CV 05-5355 (ADS)(ARL)

            -against-

VANGUARD PRODUCTS GROUP, INC., an
Illinois corporation,

                    Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

        By letter dated December 19, 2006, plaintiff, Protex International Corp. ("Protex"),
moves to compel the defendant, Vanguard Products Group, Inc. ("Vanguard"), to respond to its
First Set of Requests for the Production of Document. According to Protext, Vanguard's refusal
to produce the documents is conditioned on Protext providing responses to Vanguard's
contention interrogatories. Vanguard has responded to the application by letter dated December
27, 2006.[1]  Vanguard acknowledges that it had withheld production pending determination of the
court's ruling on its then-pending motion to compel responses to certain interrogatories. This
court ruled on Vanguard's application by order dated December 27, 2006, denying the motion in
so far as it sought responses to the contention interrogatories. Thus, in light of the court's ruling,
Vanguard has agreed to "immediately produce its documents (approximately 15 boxes of
documents) to Protex's counsel for inspection." See Schurn letter, dated December 27, 2006.
Given Vanguard's response, the application is moot. The court further denies the plaintiff's
application insofar as it seeks reimbursement for expenses incurred in connection with the instant
application.


Dated:  Central Islip, New York                    **SO ORDERED:**
            January 3, 2007


                                                    _____/s/_____
                                                    ARLENE R. LINDSAY
                                                    United States Magistrate Judge

_____

        [1]The court notes that, with the plaintiff's consent, the defendant sought and received an
extension of time to respond to the plaintiff's letter motion. Thus, this response is timely.